1

**Sanjay S. Schmidt SBN 247475**
**LAW OFFICE OF SANJAY S. SCHMIDT**

2

1686 Second St., Suite 219
Livermore, California 94550

3

Ofc. Phone:    (925) 215-7733

4

Facsimile:      (925) 455-2486
e-mail: sanjay.schmidt@gmail.com

5

6

**Joseph S. May SBN 245924**
**LAW OFFICE OF JOSEPH S. MAY**

7

22 Battery Street, Suite 810
San Francisco, CA 94111

8

Telephone: (415) 781-3333
Facsimile: (415) 398-1410

9

e-mail: joseph@josephmaylaw.com

10

Attorneys for Plaintiffs

11

LILAY INC., KEBRON DANIEL, and PEARL MICHELLE MOYA

12

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

13

14

15

**KEBRON DANIEL, LILAY INC., and**          )    Case No. CV 13-01084 MMC
**PEARL MICHELLE MOYA**                      )

16

                                             )    ~~[PROPOSED]~~ ORDER GRANTING
                Plaintiffs,                   )    **PLAINTIFFS' APPLICATION TO**

17

        vs.                                  )    **VACATE AND RE-SET INITIAL CASE**
                                             )    **MANAGEMENT CONFERENCE, ADR**

18

**CITY OF ANTIOCH, a municipal**            )    **DEADLINES, AND RULE 26(f)**
**corporation, ANTIOCH POLICE**             )    **REPORT & INITIAL DISCLOSURES**

19

**OFFICERS Devany Dee, Individually, Rick** )    **TIMELINE**
**Smith, Individually,  John Fortner,**      )

20

**Individually, and Nahleen Cloninger,**     )
**Individually, and DOES 1 THROUGH 30,**     )

21

**Jointly and Severally,**                   )
                                             )

22

                Defendants.                   )

23

24

        Having considered Plaintiffs' Application, requesting an order vacating and re-setting the

25

Initial Case Management Conference, ADR Deadlines, and Rule 26(f) Report and initial

26

disclosures timeline, and good cause appearing therefor,

27

1

28

ORDER GRANTING PLAINTIFFS' APPLICATION TO VACATE AND RE-SET INITIAL CASE
MANAGEMENT CONFERENCE, ADR DEADLINES, AND RULE 26(F) REPORT & INITIAL DISCLOSURES:
CASE NO. CV-13-01084 MMC

1        IT IS HEREBY ORDERED that the Application is granted.  The Initial Case

2   Management Conference, set for June 14, 2013, is vacated and re-set to

3   <u>July 19, 2013, at 10:30 a.m.</u>, in Courtroom No. 7, on the 19th floor or the Federal

4   Building.  The ADR Deadlines and Rule 26(f) disclosures and Report timeline, set on March 8,

5   2013 (Dkt. 2) are ~~vacated and re-set as follows:~~ continued accordingly.

6

7

8   **IT IS SO ORDERED.**

9   DATED:  June <u>4</u>, 2013

10  HON. MAXINE M. CHESNEY
    United States District Judge

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

2

28  ORDER GRANTING PLAINTIFFS' APPLICATION TO VACATE AND RE-SET INITIAL CASE
    MANAGEMENT CONFERENCE, ADR DEADLINES, AND RULE 26(F) REPORT & INITIAL DISCLOSURES:
    CASE NO. CV-13-01084 MMC