**Sanjay S. Schmidt SBN 247475**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone:   (925) 215-7733
Facsimile:    (925) 455-2486
e-mail: sanjay.schmidt@gmail.com

**Joseph S. May SBN 245924**
**LAW OFFICE OF JOSEPH S. MAY**
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone: (415) 781-3333
Facsimile: (415) 398-1410
e-mail: joseph@josephmaylaw.com

Attorneys for Plaintiffs
LILAY INC., KEBRON DANIEL, and PEARL MICHELLE MOYA

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEBRON DANIEL, LILAY INC., and PEARL MICHELLE MOYA,<br><br>        Plaintiffs,<br>    vs.<br><br>CITY OF ANTIOCH, a municipal corporation, ANTIOCH POLICE OFFICERS Devany Dee, Individually, Rick Smith, Individually, John Fortner, Individually, and Nahleen Cloninger, Individually, and DOES 1 THROUGH 30, Jointly and Severally,<br><br>        Defendants. | Case No. CV 13-01084 MMC<br><br>[~~PROPOSED~~] ORDER GRANTING PLAINTIFFS' APPLICATION TO VACATE AND RE-SET INITIAL CASE MANAGEMENT CONFERENCE, ADR DEADLINES, AND RULE 26(f) REPORT & INITIAL DISCLOSURES TIMELINE |

Having considered Plaintiffs' Application, requesting an order vacating and re-setting the Initial Case Management Conference, ADR Deadlines, and Rule 26(f) Report and initial disclosures timeline, and good cause appearing therefor,

1

ORDER GRANTING PLAINTIFFS' APPLICATION TO VACATE AND RE-SET INITIAL CASE
MANAGEMENT CONFERENCE, ADR DEADLINES, AND RULE 26(F) REPORT & INITIAL DISCLOSURES:
CASE NO. CV-13-01084 MMC

1    IT IS HEREBY ORDERED that the Application is granted.  The Initial Case
2  Management Conference, set for June 14, 2013, is vacated and re-set to
3  July 19, 2013, at 10:30 a.m. , in Courtroom No. 7, on the 19th floor or the Federal
4  Building.  The ADR Deadlines and Rule 26(f) disclosures and Report timeline, set on March 8,
5  2013 (Dkt. 2) are ~~vacated and re-set as follows:~~  continued accordingly.

8  **IT IS SO ORDERED.**
9  DATED: June 4 , 2013

                                              HON. MAXINE M. CHESNEY
                                              United States District Judge

---

2
ORDER GRANTING PLAINTIFFS' APPLICATION TO VACATE AND RE-SET INITIAL CASE
MANAGEMENT CONFERENCE, ADR DEADLINES, AND RULE 26(F) REPORT & INITIAL DISCLOSURES:
CASE NO. CV-13-01084 MMC