1  **Sanjay S. Schmidt SBN 247475**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1686 Second St., Suite 219
3  Livermore, California 94550
   Ofc. Phone:    (925) 215-7733
4  Facsimile:     (925) 455-2486
   e-mail: sanjay.schmidt@gmail.com
5

6  **Joseph S. May SBN 245924**
   **LAW OFFICE OF JOSEPH S. MAY**
7  22 Battery Street, Suite 810
   San Francisco, CA 94111
8  Telephone: (415) 781-3333
   Facsimile: (415) 398-1410
9  e-mail: joseph@josephmaylaw.com

10 Attorneys for Plaintiffs
11 LILAY INC., KEBRON DANIEL, and PEARL MICHELLE MOYA

12
                       UNITED STATES DISTRICT COURT
13                      NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| KEBRON DANIEL, LILAY INC., and PEARL MICHELLE MOYA | Case No. CV 13-01084 MMC |
| Plaintiffs, | [~~PROPOSED~~] ORDER, VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS PLAINTIFFS' FIRST AMENDED COMPLAINT, GRANTING LEAVE FOR THE FILING OF A SECOND AMENDED COMPLAINT, AND CONTINUING CASE MANAGEMENT CONFERENCE; DEEMING DEFENDANTS' MOTION TO DISMISS WITHDRAWN, WITHOUT PREJUDICE |
| vs. | |
| CITY OF ANTIOCH, a municipal corporation, ANTIOCH POLICE OFFICERS Devany Dee, Individually, Rick Smith, Individually, John Fortner, Individually, and Nahleen Cloninger, Individually, and DOES 1 THROUGH 30, Jointly and Severally, | |
| Defendants. | |

    Having considered the parties' Stipulated Request, and good cause appearing therefor,

    IT IS HEREBY ORDERED that the stipulated request is GRANTED.

    The hearing on Defendants' Motion to Dismiss Plaintiffs' First Amended Complaint, currently set for **July 26, 2013**, at **9:00 a.m.**, is VACATED; leave is granted to Plaintiffs to file a

                                          1
[PROPOSED] ORDER, VACATING HEARING ON DEFENDANTS' MOTION, GRANTING LEAVE FOR FILING OF SECOND AMENDED COMPLAINT, & CONTINUING CMC:  CASE NO. CV-13-01084 MMC

Second Amended Complaint by **August 1, 2013**, with a responsive pleading by Defendants due 21-days thereafter; and, the Case Management Conference ("CMC"), currently set for **July 19, 2013**, is continued to **September 13, 2013**, at 10:30 a.m., in Courtroom No. 7, on the 19th Floor of the San Francisco division of the U.S. District Court, Northern District. A Joint Case Management Conference Statement shall be filed by the parties on or before September 6, 2013, one week before the September 13, 2013 CMC. A schedule for Federal Rules of Civil Procedure, Rule 26(a)(1) disclosures will be discussed and set at the September 13, 2013 Case Management Conference.

    IT IS FURTHER ORDERED that defendants' motion to dismiss is deemed withdrawn, without prejudice to refiling in the event plaintiffs do not file a Second Amended Complaint.

    **IT IS SO ORDERED.**

DATED: July 11, 2013

HON. MAXINE M. CHESNEY
United States District Judge

---

2
[PROPOSED] ORDER, VACATING HEARING ON DEFENDANTS' MOTION, GRANTING LEAVE FOR FILING OF SECOND AMENDED COMPLAINT, & CONTINUING CMC: CASE NO. CV-13-01084 MMC