1  **Sanjay S. Schmidt SBN 247475**
   **LAW OFFICE OF SANJAY S. SCHMIDT**
2  1686 Second St., Suite 219
3  Livermore, California 94550
   Ofc. Phone:     (925) 215-7733
4  Facsimile:      (925) 455-2486
   e-mail: sanjay.schmidt@gmail.com
5

6  **Joseph S. May SBN 245924**
   **LAW OFFICE OF JOSEPH S. MAY**
7  22 Battery Street, Suite 810
   San Francisco, CA 94111
8  Telephone: (415) 781-3333
   Facsimile: (415) 398-1410
9  e-mail: joseph@josephmaylaw.com

10 Attorneys for Plaintiffs
11 LILAY INC., KEBRON DANIEL, and PEARL MICHELLE MOYA

12
                    UNITED STATES DISTRICT COURT
13                  NORTHERN DISTRICT OF CALIFORNIA

14

| | |
|---|---|
| KEBRON DANIEL, LILAY INC., and PEARL MICHELLE MOYA | Case No. CV 13-01084 MMC |
| Plaintiffs, vs. | STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FOR SAME DATE AS HEARING ON MOTION TO DISMISS |
| CITY OF ANTIOCH, a municipal corporation, ANTIOCH POLICE OFFICERS Devany Dee, Individually, Rick Smith, Individually, John Fortner, Individually, and Nahleen Cloninger, Individually, and DOES 1 THROUGH 30, Jointly and Severally, | ORDER CONTINUING CASE MANAGEMENT CONFERENCE TO OCTOBER 25, 2013 |
| Defendants. | |

    This matter is current scheduled for a Case Management Conference, to be held on
Friday September 13, 2013. Defendants' Motion to Dismiss the SAC is scheduled to be heard on
Friday September 27, 2013. The parties respectfully request and stipulate that the Court continue
by Order the Case Management Conference to the same date as the hearing on the Defendants'

                                         1
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE:  CASE NO. CV-13-01084 MMC

Motion to Dismiss, which would be a more efficient use of the Court's time and that of the parties.

In compliance with the applicable General Order, the filing party attests that all signatories below concur in the filing and submission of this Stipulation.

Dated: September 5, 2013        Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
and
**LAW OFFICE OF JOSEPH S. MAY**

/s/ Sanjay S. Schmidt
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs


Dated: September 5, 2013        Respectfully Submitted,

**BERTRAND, FOX & ELLIOT**

/s/ Gregory M. Fox
By: GREGORY M. FOX
Attorneys for Defendants


## ORDER

Good cause appearing, the CMC now scheduled for Friday September 13, 2013 is hereby continued to Friday ~~September 27, 2013, to be heard along with the Defendants' Motion to Dismiss the SAC~~ October 25, 2013, at 10:30 a.m. A joint CMC statement shall be filed by the parties by Friday ~~September 20, 2013.~~ October 18, 2013.

**IT IS SO ORDERED.**

DATED: September 6, 2013

[signature]
HON. MAXINE M. CHESNEY
United States District Judge

---
2
STIPULATED REQUEST TO CONTINUE CASE MANAGEMENT CONFERENCE: CASE NO. CV-13-01084 MMC