IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEBRON DANIEL, et al., | No. C-13-1084 MMC |
| Plaintiffs, | **ORDER VACATING HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| CITY OF ANTIOCH, et al., | |
| Defendants. | |

Before the Court is defendants' motion, filed August 15, 2013, to dismiss plaintiffs' Second Amended Complaint. Plaintiffs have filed opposition, to which defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision on the parties' respective written submission, and hereby VACATES the hearing scheduled for September 27, 2013.

**IT IS SO ORDERED.**

Dated: September 24, 2013

MAXINE M. CHESNEY
United States District Judge