Gregory M. Fox, State Bar No. 070876
Arlene Helfrich, State Bar No. 096461
BERTRAND, FOX & ELLIOT
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone:    (415) 353-0999
Facsimile:    (415) 353-0990
E-mail: gfox@bfesf.com

Attorneys for Defendants
CITY OF ANTIOCH, ANTIOCH POLICE OFFICERS
DEVANY DEE, RICK SMITH, and STEVE BIAS

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KEBRON DANIEL, LILAY, INC. and PEARL MICHELLE MOYA,<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF ANTIOCH, a Municipal Corporation, ANTIOCH POLICE OFFICERS DEVANY DEE, Individually, RICK SMITH, Individually, and STEVE BIAS, Individually, and DOES 1 through 30, Jointly and Severally,<br><br>Defendants. | Case No. CV 13-01084-MMC<br><br>**STIPULATION AND [PROPOSED] ORDER EXTENDING DEFENDANTS' TIME TO RESPOND TO FOURTH AMENDED COMPLAINT**<br><br><br>**Hon. Maxine M. Chesney** |

Plaintiffs LILAY INC., KEBRON DANIEL, and PEARL MICHELLE MOYA filed their Fourth Amended Complaint on January 8, 2014. (Docket No. 45). The parties agree and hereby stipulate to extend the time within which defendants CITY OF ANTIOCH, ANTIOCH POLICE OFFICERS DEVANY DEE, RICK SMITH, and STEVE BIAS must respond to this Fourth Amended Complaint from January 22, 2014 to February 21, 2014.

Good cause for this extension exists in that the parties have been discussing settlement of this action and are scheduled to attend a Settlement Conference with Magistrate Judge Joseph Spero on February 3, 2014. The parties wish to direct their attentions toward preparation for that settlement conference and negotiations for settlement. The undersigned counsel therefore respectfully request that

1

this Court extend defendants' time to respond to the Fourth Amended Complaint from January 22, 2014 to February 21, 2014.

SO STIPULATED.

Dated:  January 22, 2014                                     BERTRAND, FOX & ELLIOT

                                                                        By:     */s/ Gregory M. Fox*
                                                                              Gregory M. Fox
                                                                              Arlene Helfrich
                                                                              Attorneys for Defendants
                                                                              CITY OF ANTIOCH, ANTIOCH POLICE
                                                                              OFFICERS DEVANY DEE, RICK SMITH, and
                                                                              STEVE BIAS

Dated:  January 21, 2014                                     LAW OFFICE OF SANJAY S. SCHMIDT

                                                                        By: */s/ Sanjay S. Schmidt*
                                                                              Sanjay S. Schmidt
                                                                              Attorneys for Plaintiffs
                                                                              LILAY INC., KEBRON DANIEL, and PEARL
                                                                              MICHELLE MOYA

ATTESTATION

I hereby attest that I have on file all holograph signatures/electronic consent by all counsel for any signatures indicated by a conformed signature (/s/) within this e-filed document.

Dated: January 22, 2014                                              */s/ Gregory M. Fox*
                                                                                              Gregory M. Fox

**ORDER**

Having reviewed the Stipulation of the parties, and good cause appearing therefor, IT IS HEREBY ORDERED that the date by which defendants CITY OF ANTIOCH, ANTIOCH POLICE OFFICERS DEVANY DEE, RICK SMITH, and STEVE BIAS must respond to the Fourth Amended Complaint be extended from January 22, 2014 to February 21, 2014.

SO ORDERED.

Dated: January 22, 2014                                              _____
                                                                                              UNITED STATES DISTRICT JUDGE

STIPULATION AND [PROPOSED] ORDER EXTENDING RESPONSE DATE TO FOURTH AMENDED COMPLAINT - US District Court Case No. 3:13-cv-01084-MMC