1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  KEBRON DANIEL, et al.,                              No. C 13-1084 MMC

12              Plaintiffs,                             **ORDER OF DISMISSAL**

13      v.

CITY OF ANTIOCH, et al.,

14              Defendants.

15  _____/

16

17      The parties having advised the Court that they have agreed to a settlement of this

18  cause,

19      IT IS HEREBY ORDERED that plaintiffs' claims alleged against defendants herein

20  be dismissed without prejudice; provided, however, that if any party hereto shall certify to

21  this Court, within ninety (90) days, with proof of service of a copy thereon on the opposing

22  party, that the agreed consideration for the settlement has not been delivered, the

23  foregoing order shall stand vacated and the action shall forthwith be restored to the

24  calendar for further proceedings as appropriate.

25      **IT IS SO ORDERED.**

26  Dated: February 4, 2014

27                                                      _____
                                                        MAXINE M. CHESNEY
                                                        United States District Judge

28