**Sanjay S. Schmidt SBN 247475**
**LAW OFFICE OF SANJAY S. SCHMIDT**
1686 Second St., Suite 219
Livermore, California 94550
Ofc. Phone: (925) 215-7733
Facsimile: (925) 455-2486
e-mail: sanjay.schmidt@gmail.com

**Joseph S. May SBN 245924**
**LAW OFFICE OF JOSEPH S. MAY**
744 Montgomery Street, Fifth Floor
San Francisco, CA 94111
Telephone: (415) 781-3333
Facsimile: (415) 398-1410
e-mail: joseph@josephmaylaw.com

Attorneys for Plaintiffs
LILAY INC., KEBRON DANIEL, and PEARL MICHELLE MOYA

**Gregory M. Fox, State Bar No. 070876**
**Arlene Helfrich, State Bar No. 096461**
**BERTRAND, FOX & ELLIOT**
The Waterfront Building
2749 Hyde Street
San Francisco, California 94109
Telephone: (415) 353-0999
Facsimile: (415) 353-0990
E-mail: gfox@bfesf.com

Attorneys for Defendants
CITY OF ANTIOCH, ANTIOCH POLICE OFFICERS
DEVANY DEE, RICK SMITH, and STEVE BIAS

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KEBRON DANIEL, LILAY INC., and PEARL MICHELLE MOYA** <br><br> Plaintiffs, <br> vs. <br><br> **CITY OF ANTIOCH, a municipal corporation, et al,** <br><br> Defendants. | Case No. CV 13-01084 MMC <br> ORDER APPROVING **STIPULATION** ~~AND [PROPOSED] ORDER~~ **OF DISMISSAL WITH PREJUDICE** <br><br> Action Filed: March 8, 2013 <br> Trial Date: November 3, 2014 |

The Parties to this action have reached a settlement, as noted by the Court on February 4, 2014 in its conditional order dismissing this matter without prejudice (Dkt. No. 49).

The terms and conditions of the settlement having been fully satisfied, with the agreed upon consideration for the settlement having been delivered, the Parties now hereby stipulate to an Order dismissing the entire action with prejudice, all Parties to bear their own respective costs and attorneys' fees.

Dated: April 11, 2014       Respectfully Submitted,

**LAW OFFICE OF SANJAY S. SCHMIDT**
and
**LAW OFFICE OF JOSEPH S. MAY**

*/s/ Sanjay S. Schmidt*\*
By: SANJAY S. SCHMIDT
Attorneys for Plaintiffs

Dated: April 11, 2014       Respectfully Submitted,

**BERTRAND, FOX & ELLIOT**

*/s/ Gregory M. Fox*
By: GREGORY M. FOX
Attorneys for Defendants

\*Pursuant to General Order 45, §X.B., the filer of this document attests that he has received the concurrence of this signatory to file this document.

### ORDER

Pursuant to the foregoing stipulation of the Parties, the Court HEREBY ORDERS that the matter be and hereby is DISMISSED WITH PREJUDICE, all Parties to bear their own respective costs and attorneys' fees.

IT IS SO ORDERED.

Dated: April 14, 2014

HON. MAXINE M. CHESNEY
United States District Court Judge